MARGARET ESPACH et al., Appellants, and JULIA S. VILLARD et al., Interveners-Appellants, et al., Plaintiffs, Suing on Their Own Behalf and for the Benefit of Other Stockholders of the Nassau & Suffolk Lighting Company, Similarly Situated, v. NASSAU & SUFFOLK LIGHTING COMPANY et al., Respondents.—

No opinion. Present — Close, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of W. E. BLUME, INC., Respondent, against POSTAL TELEGRAPH-CABLE COMPANY, Appellant.—

Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.

In the Matter of JAMES F. CLARKE, Individually and as Executor of MARY CASEY, Deceased, for Payment of an Award Made in a Proceeding Instituted by the City of New York Relative to Acquiring Title to Real Property Required for the Widening of Hamilton Avenue and Other Streets in the Borough of Brooklyn, in Connection with the Construction of an Elevated Parkway and for the Construction of a High Level Bridge Across Gowanus Canal. IRA I. GLUCKSTEIN, Appellant; CITY OF NEW YORK et al., Respondents.—

The value of the appellant's services had been fixed by the Surrogate at $450 in a contest as to their value, in which the respondent Clarke and the Casey infants, the interested parties, participated. No appeal was taken from the order of the Surrogate. The Supreme Court was without power to review the determination of the Surrogate. Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.